Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Christine McCarthy

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MCCARTHY, | ) Case No.: CV 10-7773 VBK |
| Plaintiff, | )  ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| MICHAEL J. ASTRUE, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:  November 09, 2011                         /s/

_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE